UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Donald J. Everett
Jill S. Everett

Case No.: <u>24-22784 MEH</u>

Chapter: <u>     13          </u>

Hearing Date: <u>3/5/2025     </u>

Judge: <u> Hall   </u>

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   <u>          </u> represent the debtor in the above captioned matter.

   <u>   X   </u> am the secretary / paralegal for <u>     Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   <u>          </u> Am the <u>                         </u> in the above captioned matter and am representing myself.

2. On <u>    1/15/2025              </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u> Chapter 13 Plan</u>.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.


Dated:<u>         1/15/2025              </u>                              <u>    /s/ Nicholas Ralston        </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Central Loan Admin & R<br>P.O. Box 77404<br>Ewing, NJ 08628<br><br>Northfield Bank<br>1731 Victory Blvd<br>Staten Island, NY 10314<br><br>PNC Mortgage<br>Attn: Bankruptcy<br>8177 Washington Church Rd<br>Dayton, OH 45458<br><br>Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634<br><br>Sunnova Energy Corporation<br>20 E. Greenway Plaza Ste 475<br>Houston, TX 77046<br><br>PNC Bank, National Association<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>PLUESE, BECKER, SALTZMAN & THOMAS, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency<br>c/o Cenlar FSB<br>Attn: Bankruptcy Department<br>425 Phillips Boulevard<br>Ewing, NJ 08618<br><br>Lincoln Automotive Finance<br>Attn: Bankruptcy<br>P.O. Box 542000<br>Omaha, NE 68154 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.