MASELLI, MILLS & FORNAL, P.C.
By: David Fornal, Esquire
400 Alexander Road, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
Attorneys for Northfield Bank

| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| DONALD J. EVERETT and JILL S. EVERETT, | Chapter 13 |
| Debtors. | Case Number: 24-22784-MEH |
|  | **NOTICE OF APPEARANCE** |

In accordance with *Fed.R.Bankr.P. 9010(b)*, the following attorney appears in this case on behalf of creditor, Northfield Bank:

MASELLI, MILLS & FORNAL P.C.
By: David Fornal, Esquire
400 Alexander Road, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
dfornal@masellilaw.com

        MASELLI, MILLS & FORNAL, P.C.
        *Attorneys for Northfield Bank*

        By:    */s/ David Fornal*
                DAVID FORNAL

Dated: January 24, 2025