Rob Saltzman, Esquire
**PLUESE, BECKER, SALTZMAN & THOMAS, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 115398B

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **In re:** | : | **CASE NO. 24-22784-MEH** |
| | : | **CHAPTER 13** |
| Donald J. Everett | | |
| Jill S. Everett | : | **ENTRY OF APPEARANCE AND** |
| aka Jill Stacey Everett | | **REQUEST FOR SERVICE** |
| | : | **OF NOTICES, PLEADINGS, ETC.** |
| **Debtors** | | |
| | : | |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER, SALTZMAN & THOMAS, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452 |

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency

DATED: March 26, 2025