B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Donald J. Everett
Jill S. Everett
aka Jill Stacey Everett

Case No. 24-22784-MEH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency

Name of Transferee

Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency

Name of Transferor

Name and Address where notices to transferee should be sent:

Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
Phone: (800) 909-9525
Last Four Digits of Acct #: 9234

Court Claim # (if known): 10-1

Amount of Claim: $520,774.76

Date Claim Filed: 02/28/2025

Phone:
Last Four Digits of Acct. #: 3538

Name and Address where transferee payments should be sent (if different from above):
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA 23450
Phone : (800) 909-9525
Last Four Digits of Acct #: 9234

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman
Transferee/Transferee's Agent

Date: March 28, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[redacted]

LOANCARE®

P. O. Box 8068 Virginia Beach, VA 23450-8068

March 10, 2025

[redacted]

DONALD JOHN EVERETT
JILL S EVERETT
24 SHEFFIELD DR
COLUMBUS NJ 08022-9550

## Your Servicing Transfer

Dear Customer(s):

The servicing of your mortgage loan will be transferred to LoanCare, LLC effective 03-03-2025.

You may have recently received a Notice of Servicing Transfer from your previous servicer informing you of the upcoming servicing transfer and correspondence from us designed to prepare you for this transition.

Your official welcome package is enclosed with this letter and includes:

> Your Notice of Servicing Transfer

> Mortgage payment and fee schedules

> Information about insurance and auto draft payments

Please take a few moments to review this information to learn more about what you can expect as your loan transfers to LoanCare, LLC.

Let's get started.

### INFO

**CUSTOMER NAME(S):**
Donald John Everett
Jill S Everett

**PROPERTY ADDRESS:**
24 Sheffield Dr
Columbus NJ 08022-9550

**YOUR NEW LOAN NUMBER:**
[redacted]

### CONTACT US

**CUSTOMER SERVICE:**
1-877-314-4772

**COLLECTIONS:**
1-800-909-9525

**HOURS:**
Monday – Friday
8:00 A.M. – 9:00 P.M. ET

Saturday
8:00 A.M. – 3:00 P.M. ET

REPRESENTATION OF PRINTED DOCUMENT

[redacted]

## Notice of Servicing Transfer

The servicing of your mortgage loan is being transferred, effective 03-03-2025. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Central Loan Administration & Reporting is now collecting your payments. Central Loan Administration & Reporting will stop accepting payments received from you after 03-02-2025.

LoanCare, LLC will collect your payments going forward. Your new servicer will start accepting payments received from you on 03-03-2025.

**Send all payments due on or after 03-03-2025 to LoanCare, LLC at this address: P.O. Box 37628, Philadelphia, PA 19101-0628.**

If you have any questions for either your present servicer, Central Loan Administration & Reporting, or your new servicer, LoanCare, LLC, about your mortgage loan or this transfer, please contact them using the information below:

| CURRENT SERVICER | NEW SERVICER |
|---|---|
| Central Loan Administration & Reporting | LoanCare, LLC |
| Customer Service | Customer Service |
| 800-223-6527 | (877)314-4772 |
| PO Box 77404 Ewing NJ 08628 | P.O. Box 8068, Virginia Beach, VA 23450 |

### Important notes about insurance and late fees

If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: LoanCare, LLC does not offer life insurance or disability insurance. If you were previously enrolled in this service, it will no longer be part of your monthly payment. You should contact your provider to arrange for direct payment or cancellation of these services.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Sincerely,

LoanCare, LLC
NMLS ID [redacted]


INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT


### Your Payment Schedule and Account Information

Your payment will be due on the first day of each month. The exact amount of your monthly payment is as follows:

[redacted]

| | |
|---|---|
| Principal and Interest (P&I) | **$2,293.46** |
| Escrow | **$1,423.52** |
| Miscellaneous Fee | **$30.00** |
| **Total Monthly Payment** | **$3,746.98** |

### Special Request Fees

Fees charged for special services you might request are listed below. The actual fees charged to a particular customer may be different or there may be no fee. This fee schedule is subject to change. Please review each statement for changes.

**SPECIAL REQUEST FEES**

| | |
|---|---|
| Pay-by-Phone (over the phone check) | **No Fee** |
| Automated Phone System | **No Fee** |
| Online Payment | **No Fee** |
| Autodraft Fee | **No Fee** |
| Insufficient/Returned Check | **Up to $40.00** |
| Extraordinary Services | **As Agreed** |
| Payoff Statement Fee | **No Fee** |

### Sign Up for Auto Draft Payments

**Free. Convenient. Peace of Mind.**

We encourage you to take advantage of our auto draft service, at no cost. To register, sign into our website at https://myloancare.com and complete the registration forms. Confirmation of your enrollment in auto draft service will be mailed within 48 hours.

Select a Monthly Draft Date per the terms of your note, agreement, contract, or a recent monthly billing statement. Most monthly payments are due the first day of each month with a late payment being assessed if the payment is not made before the end of normal business hours on the sixteenth of the month. Some notes/agreements, including but not limited to home equity lines and home equity lines of credit, may provide for a different due date and grace period. Please select a Monthly Draft Date prior to the grace period expiring/late charge assessment date.


INTERNET REPRINT

If the Monthly Draft Date falls on a Saturday, Sunday, or federal holiday, the draft will occur on the next business day. We will notify you in writing when the automatic payments will begin. Your account must be current to be eligible for this service.

### Notice of Error and Requests for Information

In accordance with the federal Real Estate Settlement Procedures Act (RESPA) and Regulation X, borrowers have the right to notify their servicer of an error regarding the servicing of their closed end mortgage loan or to request information related to the servicing of their closed-end mortgage loan. Should you want to submit a written notice of error or written request for information, please include your full name, information that enables us to identify your mortgage loan account, such as a mortgage loan number, and the error you believe to have occurred or clearly state the information you are requesting with respect to your mortgage loan account.

Please note that a notice on a payment coupon or other payment is not considered a notice of error or request for information. Within five (5) days (excluding legal public holidays, Saturdays, and Sundays) of receiving a notice of error or information request, a written acknowledgement will be provided to you, and, in general, we will respond no later than 30 days after receiving the initial written notice of error or written request for information.

**Please send any notices of error or information requests to the following address:**

**LoanCare, LLC**
**Attn: Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY. THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT. PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICE MEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICE MEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CALL 1-800-342-9647 (TOLL-FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

REPRESENTATION OF PRINTED DOCUMENT
[redacted]


## Schedule of Common Residential Mortgage Servicing Fees

Effective: November 1, 2024

[redacted]

| Fee Type | Description | Amount Charged |
|---|---|---|
| Appraisal | Fee charged by a licensed appraiser to give an opinion of the value of the property. Examples of when this fee may be charged include in connection with a request to cancel or terminate mortgage insurance on the loan and a partial lien release. | Up to $4,000. The amount varies by the amount of work performed and the property location. |
| Assumption | Fee charged for processing a request to add or remove a borrower on the loan (changing who is legally responsible to repay the loan). | Up to $1,800.00. The amount may vary by investor and if there is a request to release a borrower from liability or a need to perform credit underwriting. |
| Bankruptcy | Fees charged by the attorney representing the creditor/servicer in the debtor's bankruptcy action and court costs. | The amount varies by several factors such as the legal service (proof of claim, motion for relief from the automatic stay, etc.), the bankruptcy chapter (Chapter 7, 11, 12, or 13), the investor, etc. |
| Broker Price Opinion (BPO) | Fee charged by a licensed real estate broker or agent to give an opinion of the value of the property. Examples of when this fee may be charged include in connection with a request to cancel or terminate mortgage insurance on the loan and a loan modification. | Up to $250. The amount varies by the amount of work performed and the property location. |
| Consolidation, Extension, and Modification Agreement (CEMA) | Fee charged to process a request for an assignment in connection with a CEMA refinance transaction in the State of New York. | Up to $1,000.00. The amount may depend on the investor. |
| Foreclosure | Fees and costs charged or incurred by the attorney or trustee handling the foreclosure action for the servicer. | The amount varies by several factors, such as the jurisdiction, whether the foreclosure is a judicial or nonjudicial proceeding, the investor, whether the action is completed and the property is sold to a third party, etc. |
| Full Reconveyance | Fee charged by a trustee for reconveying the property when the loan is paid off. | Up to $20. The amount, if any, varies by state. |
| Late Fee | Fee charged when a scheduled periodic payment is not received by the due date and any applicable grace period. | The amount varies based on the terms of the promissory note, loan type, and applicable state law. |
| Nonsufficient Funds/ Insufficient Funds/ Returned Check | Fee charged when a payment is rejected by the customer's financial institution for various reasons, such as insufficient funds in the account, a stop payment is placed on the check, the account is closed, etc. | Up to $40. The amount, if any, varies by state. |
| Partial Lien Release | Fee charged for processing a partial release of the mortgage lien on the property. | $275.00 |
| Prepayment Penalty/Fee | Fee charged for repaying all or a certain percentage of the loan early (within a certain number of years after loan origination). | Many loans do not have a prepayment penalty. For loans that do, the amount is based on the loan documents and applicable law. |



INTERNET REPRINT

| Fee Type | Description | Amount Charged |
|---|---|---|
| Property Inspection | Fee charged by a third party to inspect the condition or occupancy status of the property in certain situations, such as when a loan is in default. | Up to $60, depending on the loan type, investor, and inspection type. |
| Property Preservation | Fee charged by a third party for taking certain actions to preserve the property, such as yard maintenance, winterizing, securing the property, etc. | The amount varies depending on the investor, property condition, and the nature, extent, and amount of preservation services, if any. |
| Recast | Fee charged to process a request to re-amortize the loan (if re-amortizing is permissible). | $300.00 |
| Recording | Fee charged by a local county recorder to record a document (such as a lien release, reconveyance, etc.) in the public records. | The amount varies by several factors, such as the jurisdiction, document length, etc. |
| Subordination Agreement | Fee charged to process a request to subordinate the lien of the loan we are servicing to another lien on the property, usually in connection with a refinance of the first lien. | $200.00 |
| Title Services | Fees or costs for title services refers to charges by a third party for a title search, abstract of title, title policy update or endorsement, title guarantee, etc. to confirm title to the property, identify all recorded liens and documents affecting title, determine who must be notified of a foreclosure action, or other title related matters. Title services may be needed in connection with a foreclosure, partial lien release, CEMA, etc. | The amount varies by the amount of work performed, title product, and the property location. |

**Home Equity Lines of Credit (HELOCs) Specific Fees**

The above charges may apply to HELOCs and closed-end loans. The following fees/costs may be charged specifically on HELOCs:

| | | |
|---|---|---|
| Annual Fee | An annual fee charged for having a HELOC available, starting the first anniversary date and continuing during the draw period. | Up to $75. The amount, if any, varies by the HELOC loan documents and applicable state law. |
| Stop Payment Fee | A fee charged when a stop payment on a HELOC check is requested. | Up to $30. The amount, if any, varies by the HELOC loan documents and applicable state law. |
| Over Limit Fee | A fee charged when the credit amount for a HELOC is exceeded. | Up to $25. The amount, if any, varies by the HELOC loan documents and applicable state law. |
| Early Termination Fee | A fee charged to close a HELOC within a certain time period from the origination date. | Up to $500. The amount, if any, varies by the HELOC loan documents and applicable state law. |
| Return of Closing Costs | Closing costs that were paid on a customer's behalf and are required to be repaid by the customer in the event of an early termination of the HELOC within a certain time period from the origination date. | The amount, if any, varies based on the amount of closing costs, the HELOC loan documents, and applicable state law. |

**This fee schedule provides general information on common residential mortgage servicing fees and costs that a borrower may incur on his/her loan with us. This fee schedule is not specific to any particular state, and it does not include nonstandard fees (like litigation fees, for example) or every cost that could arise (like lender placed insurance premiums, for example). This fee schedule does not cover construction loans. This fee schedule is subject to change. The examples provided are an illustrative, not an exhaustive, list. The actual fee amount (or whether any fee is) charged to customers may depend on several factors, such as the loan documents, applicable federal and state law, agency guidelines, etc. Customers may contact our Customer Service Department at 1-877-314-4772 for actual fee amounts.**

REPRESENTATION OF PRINTED DOCUMENT


INTERNET REPRINT

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>ROB SALTZMAN, ESQUIRE<br>PLUESE, BECKER, SALTZMAN & THOMAS, LLC<br>Attorneys at Law<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054<br>(856) 813-1700<br>Attorneys for the Mortgagee | Case No.: 24-22784-MEH<br>Chapter: 13 |
| In Re:<br>DONALD J. EVERETT<br>JILL S. EVERETT<br>AKA JILL STACEY EVERETT | Adv. No.: ______<br>Hearing Date: ______<br>Judge: Mark Edward Hall |

## CERTIFICATION OF SERVICE

1. I, Debra Callahan :

☐ represent ________________ in this matter.

☒ am the secretary/paralegal for Rob Saltzman, who represents the Mortgagee in this matter.

☐ am the ________________ in this case and am representing myself.

2. On March 28, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Transfer of Claim
Welcome Letter
Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 28, 2025

/s/ Debra Callahan
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald J. Everett<br>Jill S. Everett<br>24 Sheffield Drive<br>Columbus, NJ 08022 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*