PNC BANK
PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

**Customer Service Contact Information:**
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

04/23/2025

District of New Jersey (Trenton)

Debtor Donald J. Everett Jill Everett

Case Number 24-22784

Dear Bankruptcy Court:

Donald J. Everett Jill Everett is the mortgagor on PNC Mortgage loan xxxxxx 8082

Please withdraw the Notice of Payment Change that was filed on 04/11/2025 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Stephani Schul

Bankruptcy Specialist

-