Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−22784−MEH
> Chapter: 13
> Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald J. Everett
24 Sheffield Drive
Columbus, NJ 08022

Jill S. Everett
aka Jill Stacey Everett
24 Sheffield Drive
Columbus, NJ 08022

Social Security No.:
xxx−xx−5554

xxx−xx−8558

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 3, 2025.

Dated: June 3, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-22784-MEH
Donald J. Everett  Chapter 13
Jill S. Everett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 03, 2025      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Everett, Jill S. Everett, 24 Sheffield Drive, Columbus, NJ 08022-9550 |
| cr | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| cr | + | Police and Firemen's Retirement System Board of Tr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520578665 | + | Ford Motor Credit Company LLC, PO Box 987, Marlton, NJ 08053-0987 |
| 520499612 | + | G & G Landscaping Construction Inc., 24059 W. Main St, Ste D, Columbus, NJ 08022-1921 |
| 520576645 | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: Melissa M. Nelson, Esquire, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520499617 | #+ | Northfield Bank, 1731 Victory Blvd, Staten Island, NY 10314-3598 |
| 520499619 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 03 2025 21:32:00 | Police and Firemen's Retirement System Board of Tr, c/o Cenlar FSB, Attn: Bankruptcy Dept., 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520542050 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2025 21:34:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520499603 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2025 21:45:39 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520499605 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2025 21:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499604 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2025 21:31:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520507215 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2025 21:31:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520557540 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2025 21:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520499608 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 03 2025 21:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520499609 | | Email/Text: correspondence@credit-control.com | | |

Case 24-22784-MEH    Doc 29    Filed 06/05/25    Entered 06/06/25 00:16:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 03, 2025 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 03 2025 21:32:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520499610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2025 21:45:49 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520506394 | | Email/Text: mrdiscen@discover.com | Jun 03 2025 21:31:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520499611 | + | Email/Text: mrdiscen@discover.com | Jun 03 2025 21:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520499613 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 03 2025 21:33:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 520548286 | | Email/Text: bankruptcy@greenskycredit.com | Jun 03 2025 21:33:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520499614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2025 21:32:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520533556 | + | Email/Text: RASEBN@raslg.com | Jun 03 2025 21:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520499615 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2025 21:34:16 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520499616 | + | Email/Text: EBNBKNOT@ford.com | Jun 03 2025 21:33:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520574311 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2025 21:31:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520499618 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2025 21:31:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520581210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2025 21:34:43 | | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 520568989 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 03 2025 21:32:00 | Police and Firemen's Retirement System, c/o Cenlar FSB, Attn: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520601751 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2025 21:32:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520601752 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2025 21:32:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452, Police and Firemen's Retirement System B, c/o LoanCare, LLC 23452-4262 |
| 520575015 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 21:35:04 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520587980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2025 21:31:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520499620 | | Email/Text: claimsdepartment@sunnova.com | Jun 03 2025 21:31:00 | Sunnova Energy Corporation, 20 E. Greenway Plaza, Ste 475, Houston, TX 77046 |
| 520499621 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Jun 03 2025 21:35:09 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520549650 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jun 03 2025 21:34:44 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520499606 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499607 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499622 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Northfield Bank dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Jill S. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Donald J. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o LoanCare  LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9