Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-22784 / MEH**

Donald J. Everett
Jill S. Everett

Petition Filed Date: 12/31/2024
341 Hearing Date: 01/30/2025
Confirmation Date: 05/28/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2025 | $3,085.00 | | 02/10/2025 | $3,085.00 | | 03/10/2025 | $3,085.00 | |
| 04/08/2025 | $3,085.00 | | 05/08/2025 | $3,085.00 | | 06/09/2025 | $3,085.00 | |
| 07/09/2025 | $3,085.00 | | 08/08/2025 | $3,085.00 | | 09/10/2025 | $3,085.00 | |
| 10/08/2025 | $3,085.00 | | 11/10/2025 | $3,085.00 | | 12/08/2025 | $3,085.00 | |
| 01/09/2026 | $3,085.00 | | 02/09/2026 | $3,085.00 | | | | |

**Total Receipts for the Period: $43,190.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Donald J. Everett | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,353.00 | $3,353.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,694.13 | $1,425.02 | $8,269.11 |
| 2 | BANK OF AMERICA, N.A.<br>»» 2018 GMC YUKON XL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $19,206.17 | $2,823.27 | $16,382.90 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2024 | Priority Crediors | $3,559.00 | $3,559.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $28,296.85 | $4,159.58 | $24,137.27 |
| 6 | GREENSKY, LLC | Unsecured Creditors | $62,785.01 | $9,229.29 | $53,555.72 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $20,003.01 | $2,940.40 | $17,062.61 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $7,149.56 | $1,050.97 | $6,098.59 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $13,824.32 | $2,032.15 | $11,792.17 |
| 10 | Police and Fireman's Retirement System<br>»» P/24 SHEFFIELD DR/1ST MTG | Mortgage Arrears | $577.99 | $577.99 | $0.00 |
| 11 | PNC BANK, NA<br>»» P/24 SHEFFIELD DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,738.20 | $255.51 | $1,482.69 |
| 13 | NORTHFIELD BANK<br>»» P/24 SHEFFIELD DRIVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | FORD MOTOR CREDIT COMPANY LLC | Unsecured Creditors | $8,199.20 | $1,205.27 | $6,993.93 |

**Chapter 13 Case No. 24-22784 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FRONTIER AIRLINES | Unsecured Creditors | $4,968.63 | $730.38 | $4,238.25 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI 2023 | Priority Crediors | $39.47 | $39.47 | $0.00 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI 2013 | Unsecured Creditors | $4,039.39 | $593.78 | $3,445.61 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,190.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $33,975.08 | Current Monthly Payment: | $4,900.00 |
| Paid to Trustee: | $3,501.50 | Arrearages: | $16,335.00 |
| Funds on Hand: | $5,713.42 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**