UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

Case No.: 24-22784 EJO

Chapter: _____13_____

In Re:
Donald J. Everett
Jill S. Everett

Judge: O'Hagan_____

**CERTIFICATION OF SERVICE**

1. I, Nicholas Ralston:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for _____Lee M. Perlman_, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On _____7/10/2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:_____7/10/2026_____                                        __/s/ Nicholas Ralston_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process UNITED STATES ATTORNEY GENERAL UNITED STATES DEPARTMENT OF JUSTICE BEN FRANKLIN STATION PO BOX 683 WASHINGTON  DC 20044<br><br>Attn: President, Registered Agent or person designated to receive service of process UNITED STATES ATTORNEY PETER RODINO FEDERAL BUILDING 970 BROAD STREET SUITE 700 NEWARK NJ 07102<br><br>Attn: President, Registered Agent or person designated to receive service of process PLUESE BECKER SALTZMAN  THOMAS LLC 20000 HORIZON WAY SUITE 900 MOUNT LAUREL  NJ 08054-4318<br><br>Attn: President, Registered Agent or person designated to receive service of process STERN LAVINTHAL  FRANKENBERG LLC 103 EISENHOWER PARKWAY SUITE 100 ROSELAND  NJ 07068<br><br>Attn: President, Registered Agent or person designated to receive service of process KML LAW GROUP PC 701 MARKET STREET SUITE 5000 PHILADELPHIA  PA 19106<br><br>Attn: President, Registered Agent or person designated to receive service of process MASELLI MILLS  FORNAL PC 400 ALEXANDER ROAD SUITE 101 PRINCETON NJ 08540 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK MASELLI  MILLS  FORNAL PC ATTN  DAVID FORNAL  ESQ 400 ALEXANDER PARK SUITE 101 PRINCETON  NJ 08540-6797<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO CENLAR FSB  ATTN BANKRUPTCY DEPT 425 PHILLIPS BOULEVARD EWING  NJ 08618-1430<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM 3637 SENTARA WAY VIRGINIA BEACH  VA 23452-4262<br><br>Attn: President, Registered Agent or person designated to receive service of process AMERICAN EXPRESS NATIONAL BANK CO BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701<br><br>Attn: President, Registered Agent or person designated to receive service of process AMEX CORRESPONDENCEBANKRUPTCY PO BOX 981535 EL PASO  TX 79998-1535<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA ATTN BANKRUPTCY 4909 SAVARESE CIRCLE TAMPA  FL 33634-2413<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA ATTN BANKRUPTCY NC4-105-03-14 POB 26012 GREENSBORO  NC 27410<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA  NA PO BOX 31785 TAMPA FL 33631-3785 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA NA PO BOX 673033 DALLAS TX 75267-3033 | | |
| Attn: President, Registered Agent or person designated to receive service of process BARCLAYS BANK DELAWARE ATTN BANKRUPTCY PO BOX 8801 WILMINGTON DE 19899-8801 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)CREDIT CONTROL LLC ATTN CORRESPONDENCE 3300 RIDER TRAIL S SUITE 500 EARTH CITY MO 63045-1338 | | |
| Attn: President, Registered Agent or person designated to receive service of process CITIBANK CITICORP CR SRVSCENTRALIZED BANKRUPTCY PO BOX 790040 ST LOUIS MO 63179-0040 | | |
| Attn: President, Registered Agent or person designated to receive service of process DISCOVER BANK PO BOX 3025 NEW ALBANY OH 43054-3025 | | |
| Attn: President, Registered Agent or person designated to receive service of process DISCOVER FINANCIAL ATTN BANKRUPTCY PO BOX 3025 NEW ALBANY OH 43054-3025 | | |
| Attn: President, Registered Agent or person designated to receive service of process FORD MOTOR CREDIT COMPANY LLC PO BOX 987 MARLTON NJ 08053-0987 | | |
| Attn: President, Registered Agent or person designated to receive service of process G G LANDSCAPING CONSTRUCTION INC 24059 W MAIN ST STE D COLUMBUS NJ 08022-1921 | | |
| Attn: President, Registered Agent or person designated to receive service of process GREENSKY ATTN BANKRUPTCY 5565 GLENRIDGE CONNECTOR SUITE 700 ATLANTA GA 30342-4796 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process GREENSKY INC PO BOX 2730 ALPHARETTA  GA 30023-2730<br><br>Attn: President, Registered Agent or person designated to receive service of process INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA  PA 19101-7346<br><br>Attn: President, Registered Agent or person designated to receive service of process JPMORGAN CHASE BANK  NA SBMT CHASE BANK USA  NA ROBERTSON  ANSCHUTZ SCHNEID CRANE  PARTNERS  PLLC 6409 CONGRESS AVENUE  SUITE 100 BOCA RATON FL 33487-2853<br><br>Attn: President, Registered Agent or person designated to receive service of process JPMCB MAILCODE LA47100 700 KANSAS LANE MONROE  LA 71203-4774<br><br>Attn: President, Registered Agent or person designated to receive service of process LINCOLN AUTOMOTIVE FINANCE ATTN BANKRUTCY PO BOX 542000 OMAHA  NE 68154-8000<br><br>Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK 1731 VICTORY BLVD STATEN ISLAND  NY 10314-3511<br><br>Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK MASELLI  MILLS  FORNAL PC ATTN MELISSA M NELSON  ESQUIRE 400 ALEXANDER PARK  SUITE 101 PRINCETON  NJ 08540-6797<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)PNC BANK RETAIL LENDING P O BOX 94982 CLEVELAND OH 44101-4982 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO CENLAR FSB ATTN PAYMENT PROCESSING 425 PHILLIPS BOULEVARD EWING  NJ 08618-1430<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO LOANCARE  LLC 3637 SENTARA WAY VIRGINIA BEACH  VA 23452-4262<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO LOANCARE  LLC 3637 SENTARA WAY VIRGINIA BEACH  VA 23452<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067<br><br>Attn: President, Registered Agent or person designated to receive service of process RESURGENT RECEIVABLES  LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)STATE OF NEW JERSEY DIVISION OF TAXATION ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695-0245<br><br>Attn: President, Registered Agent or person designated to receive service of process SUNNOVA ENERGY CORPORATION 20 E GREENWAY PLAZA  STE 475 HOUSTON  TX 77046-2015<br><br>Attn: President, Registered Agent or person designated to receive service of process WELLS FARGO BANK NA ATTN BANKRUPTCY 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR DES MOINES  IA 50328-0001 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process WELLS FARGO BANK  NA WELLS FARGO CARD SERVICES PO BOX 10438  MAC F8235-02F DES MOINES  IA 50306-0438 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.