MASELLI, MILLS & FORNAL, P.C.
By: Melissa M. Nelson, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
*Attorneys for Creditor, Columbia Bank,*
*as successor by merger to Northfield Bank*

| | |
|---|---|
| In re:<br><br>DONALD J. EVERETT and JILL S. EVERETT,<br><br>            Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 24-22784-EJO<br><br>**NOTICE OF APPEARANCE** |

In accordance with *Fed.R.Bankr.P. 9010(b)*, the following attorney appears in this case on behalf of creditor, Columbia Bank, as successor by merger to Northfield Bank:

MASELLI, MILLS & FORNAL, P.C.
By: Melissa M. Nelson, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
mnelson@masellilaw.com

**MASELLI, MILLS & FORNAL, P.C.**
*Attorneys for Columbia Bank,*
*as successor by merger to Northfield Bank*

By:  MELISSA M. NELSON

Dated: 7/31/26