Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22784−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald J. Everett
24 Sheffield Drive
Columbus, NJ 08022

Jill S. Everett
aka Jill Stacey Everett
24 Sheffield Drive
Columbus, NJ 08022

Social Security No.:
xxx−xx−5554
xxx−xx−8558

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 3, 2025.

On August 26, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Eamonn James O'Hagan on:

Date: September 23, 2026
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 27, 2026
JAN: mmf

Jeanne Naughton
Clerk