UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:
Donald J. Everett
Jill S. Everett

Case No.: 24-22784 EJO

Chapter: 13

Hearing Date: 9/23/2026

Judge: O'Hagan

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _______ represent the debtor in the above captioned matter.

   ___X___ am the secretary / paralegal for Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   _______ Am the __________________ in the above captioned matter and am representing myself.

2. On 8/27/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 8/27/2026

/s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process UNITED STATES ATTORNEY GENERAL UNITED STATES DEPARTMENT OF JUSTICE BEN FRANKLIN STATION PO BOX 683 WASHINGTON DC 20044<br><br>Attn: President, Registered Agent or person designated to receive service of process UNITED STATES ATTORNEY PETER RODINO FEDERAL BUILDING 970 BROAD STREET SUITE 700 NEWARK NJ 07102<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE FIREMAN S RETIREMENT SYSTEM BOARD OF TRUSTEES HOUSING MORTGAGE FINANCE AGENCY 425 PHILLIPS BOULEVARD EWING NJ 08618<br><br>Attn: President, Registered Agent or person designated to receive service of process KML LAW GROUP PC 701 MARKET STREET SUITE 5000 PHILADELPHIA PA 19106<br><br>Attn: President, Registered Agent or person designated to receive service of process MASELLI MILLS FORNAL PC 400 ALEXANDER ROAD SUITE 101 PRINCETON NJ 08540<br><br>Attn: President, Registered Agent or person designated to receive service of process STERN LAVINTHAL FRANKENBERG LLC 103 EISENHOWER PARKWAY SUITE 100 ROSELAND NJ 07068 | Creditor | ___ Hand delivered<br>_X_ Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other ____________________<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process COLUMBIA BANK AS SUCCESSOR BY MERGER TO NOR ATTN MELISSA M NELSON 400 ALEXANDER PARK SUITE 101 PRINCETON NJ 08540-6797<br><br>Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK MASELLI MILLS FORNAL PC ATTN DAVID FORNAL ESQ 400 ALEXANDER PARK SUITE 101 PRINCETON NJ 08540-6797<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO CENLAR FSB ATTN BANKRUPTCY DEPT 425 PHILLIPS BOULEVARD EWING NJ 08618-1430<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM 3637 SENTARA WAY VIRGINIA BEACH VA 23452-4262<br><br>Attn: President, Registered Agent or person designated to receive service of process AMERICAN EXPRESS NATIONAL BANK CO BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701<br><br>Attn: President, Registered Agent or person designated to receive service of process AMEX CORRESPONDENCEBANKRUPTCY PO BOX 981535 EL PASO TX 79998-1535<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA ATTN BANKRUPTCY 4909 SAVARESE CIRCLE TAMPA FL 33634-2413<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA ATTN BANKRUPTCY NC4-105-03-14 POB 26012 GREENSBORO NC 27410 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA NA PO BOX 31785 TAMPA FL 33631-3785<br><br>Attn: President, Registered Agent or person designated to receive service of process BANK OF AMERICA NA PO BOX 673033 DALLAS TX 75267-3033<br><br>Attn: President, Registered Agent or person designated to receive service of process BARCLAYS BANK DELAWARE ATTN BANKRUPTCY PO BOX 8801 WILMINGTON DE 19899-8801<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)CREDIT CONTROL LLC ATTN CORRESPONDENCE 3300 RIDER TRAIL S SUITE 500 EARTH CITY MO 63045-1338<br><br>Attn: President, Registered Agent or person designated to receive service of process CITIBANK CITICORP CR SRVSCENTRALIZED BANKRUPTCY PO BOX 790040 ST LOUIS MO 63179-0040<br><br>Attn: President, Registered Agent or person designated to receive service of process DISCOVER BANK PO BOX 3025 NEW ALBANY OH 43054-3025<br><br>Attn: President, Registered Agent or person designated to receive service of process DISCOVER FINANCIAL ATTN BANKRUPTCY PO BOX 3025 NEW ALBANY OH 43054-3025<br><br>Attn: President, Registered Agent or person designated to receive service of process FORD MOTOR CREDIT COMPANY LLC PO BOX 987 MARLTON NJ 08053-0987<br><br>Attn: President, Registered Agent or person designated to receive service of process G G LANDSCAPING CONSTRUCTION INC 24059 W MAIN ST STE D COLUMBUS NJ 08022-1921 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process GREENSKY ATTN BANKRUPTCY 5565 GLENRIDGE CONNECTOR SUITE 700 ATLANTA GA 30342-4796<br><br>Attn: President, Registered Agent or person designated to receive service of process GREENSKY INC PO BOX 2730 ALPHARETTA GA 30023-2730<br><br>Attn: President, Registered Agent or person designated to receive service of process INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346<br><br>Attn: President, Registered Agent or person designated to receive service of process JPMORGAN CHASE BANK NA SBMT CHASE BANK USA NA ROBERTSON ANSCHUTZ SCHNEID CRANE PARTNERS PLLC 6409 CONGRESS AVENUE SUITE 100 BOCA RATON FL 33487-2853<br><br>Attn: President, Registered Agent or person designated to receive service of process JPMCB MAILCODE LA47100 700 KANSAS LANE MONROE LA 71203-4774<br><br>Attn: President, Registered Agent or person designated to receive service of process LINCOLN AUTOMOTIVE FINANCE ATTN BANKRUTCY PO BOX 542000 OMAHA NE 68154-8000<br><br>Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK 1731 VICTORY BLVD STATEN ISLAND NY 10314-3511<br><br>Attn: President, Registered Agent or person designated to receive service of process NORTHFIELD BANK MASELLI MILLS FORNAL PC ATTN MELISSA M NELSON ESQUIRE 400 ALEXANDER PARK SUITE 101 PRINCETON NJ 08540-6797 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process (P)PNC BANK RETAIL LENDING P O BOX 94982 CLEVELAND OH 44101-4982<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO CENLAR FSB ATTN PAYMENT PROCESSING 425 PHILLIPS BOULEVARD EWING NJ 08618-1430<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO LOANCARE LLC 3637 SENTARA WAY VIRGINIA BEACH VA 23452-4262<br><br>Attn: President, Registered Agent or person designated to receive service of process POLICE AND FIREMENS RETIREMENT SYSTEM CO LOANCARE LLC 3637 SENTARA WAY VIRGINIA BEACH VA 23452 POLICE AND FIREMENS RETIREMENT SYS CO LOANCARE LLC 23452-4262<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067<br><br>Attn: President, Registered Agent or person designated to receive service of process RESURGENT RECEIVABLES LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)STATE OF NEW JERSEY DIVISION OF TAXATION ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695-0245<br><br>Attn: President, Registered Agent or person designated to receive service of process SUNNOVA ENERGY CORPORATION 20 E GREENWAY PLAZA STE 475 HOUSTON TX 77046-2015 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process<br>WELLS FARGO BANK NA ATTN BANKRUPTCY 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR DES MOINES IA 50328-0001<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>WELLS FARGO BANK NA WELLS FARGO CARD SERVICES PO BOX 10438 MAC F8235-02F DES MOINES IA 50306-0438 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.