Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22784−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald J. Everett
24 Sheffield Drive
Columbus, NJ 08022

Jill S. Everett
aka Jill Stacey Everett
24 Sheffield Drive
Columbus, NJ 08022

Social Security No.:
xxx−xx−5554 xxx−xx−8558

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 3, 2025.

On August 26, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Eamonn James O'Hagan on:

Date: September 23, 2026
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 27, 2026
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-22784-EJO
Donald J. Everett Chapter 13
Jill S. Everett
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Aug 27, 2026 Form ID: 185 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Everett, Jill S. Everett, 24 Sheffield Drive, Columbus, NJ 08022-9550 |
| cr | + | Columbia Bank, as successor by merger to Northfiel, Attn: Melissa M. Nelson, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| cr | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| cr | + | Police and Firemen's Retirement System Board of Tr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520578665 | + | Ford Motor Credit Company LLC, PO Box 987, Marlton, NJ 08053-0987 |
| 520499612 | + | G & G Landscaping Construction Inc., 24059 W. Main St, Ste D, Columbus, NJ 08022-1921 |
| 520576645 | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: Melissa M. Nelson, Esquire, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520499620 | + | Sunnova Energy Corporation, 20 E. Greenway Plaza, Ste 475, Houston, TX 77046-2015 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 27 2026 21:48:00 | Police and Firemen's Retirement System Board of Tr, c/o Cenlar FSB, Attn: Bankruptcy Dept., 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520542050 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:46:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520499603 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:46:15 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520499605 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499604 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520507215 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520557540 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520499608 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2026 21:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520499609 | | Email/Text: correspondence@credit-control.com | Aug 27 2026 21:49:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |

| | | | | |
|---|---|---|---|---|
| 520499610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2026 21:56:56 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520506394 | | Email/Text: mrdiscen@discover.com | Aug 27 2026 21:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520499611 | + | Email/Text: mrdiscen@discover.com | Aug 27 2026 21:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520499613 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 27 2026 21:49:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 520548286 | | Email/Text: bankruptcy@greenskycredit.com | Aug 27 2026 21:49:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520499614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 21:49:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520533556 | + | Email/Text: RASEBN@raslg.com | Aug 27 2026 21:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520499615 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2026 21:46:13 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520499616 | + | Email/Text: EBNBKNOT@ford.com | Aug 27 2026 21:50:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520574311 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2026 21:48:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520499618 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2026 21:48:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520581210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 21:45:46 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 520568989 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 27 2026 21:48:00 | Police and Firemen's Retirement System, c/o Cenlar FSB, Attn: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520601751 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 27 2026 21:49:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520601752 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 27 2026 21:49:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452, Police and Firemen's Retirement System B, c/o LoanCare, LLC 23452-4262 |
| 520575015 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:45:50 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520587980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2026 21:48:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520499619 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2026 21:48:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520499621 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 27 2026 21:45:43 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520549650 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 27 2026 21:46:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520499606 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499607 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499622 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520499617 | ##+ | Northfield Bank, 1731 Victory Blvd, Staten Island, NY 10314-3511 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David Fornal | on behalf of Creditor Northfield Bank dfornal@maselliwarren.com |
| Lee Martin Perlman | on behalf of Joint Debtor Jill S. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Lee Martin Perlman | on behalf of Debtor Donald J. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Maria Cozzini | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melissa M. Nelson | on behalf of Creditor Columbia Bank as successor by merger to Northfield Bank mnelson@masellilaw.com |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o LoanCare LLC dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11