Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22784−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald J. Everett<br>24 Sheffield Drive<br>Columbus, NJ 08022 | Jill S. Everett<br>aka Jill Stacey Everett<br>24 Sheffield Drive<br>Columbus, NJ 08022 |

Social Security No.:

| | |
|---|---|
| xxx−xx−5554 | xxx−xx−8558 |

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 25, 2026.

Dated: September 25, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-22784-EJO

Donald J. Everett Chapter 13

Jill S. Everett

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 25, 2026 Form ID: plncf13 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Everett, Jill S. Everett, 24 Sheffield Drive, Columbus, NJ 08022-9550 |
| cr | + | Columbia Bank, as successor by merger to Northfiel, Attn: Melissa M. Nelson, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| cr | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| cr | + | Police and Firemen's Retirement System Board of Tr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520578665 | + | Ford Motor Credit Company LLC, PO Box 987, Marlton, NJ 08053-0987 |
| 520499612 | + | G & G Landscaping Construction Inc., 24059 W. Main St, Ste D, Columbus, NJ 08022-1921 |
| 520576645 | + | Northfield Bank, Maselli, Mills & Fornal, P.C., Attn: Melissa M. Nelson, Esquire, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520499620 | + | Sunnova Energy Corporation, 20 E. Greenway Plaza, Ste 475, Houston, TX 77046-2015 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Sep 25 2026 21:35:00 | Police and Firemen's Retirement System Board of Tr, c/o Cenlar FSB, Attn: Bankruptcy Dept., 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520542050 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2026 21:45:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520499603 | + | Email/PDF: bncnotices@becket-lee.com | Sep 25 2026 21:45:43 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520499605 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 25 2026 21:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499604 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 25 2026 21:35:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520507215 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 25 2026 21:35:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520557540 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 25 2026 21:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520499608 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 25 2026 21:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520499609 | | Email/Text: correspondence@credit-control.com | Sep 25 2026 21:35:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |

| | | | | |
|---|---|---|---|---|
| 520499610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2026 21:45:48 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520506394 | | Email/Text: mrdiscen@discover.com | Sep 25 2026 21:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520499611 | + | Email/Text: mrdiscen@discover.com | Sep 25 2026 21:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520499613 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 25 2026 21:36:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 520548286 | | Email/Text: bankruptcy@greenskycredit.com | Sep 25 2026 21:36:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520499614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2026 21:36:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520533556 | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 21:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520499615 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2026 21:45:31 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520499616 | + | Email/Text: EBNBKNOT@ford.com | Sep 25 2026 21:36:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520574311 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 25 2026 21:35:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520499618 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 25 2026 21:35:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520581210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 21:45:45 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 520568989 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Sep 25 2026 21:35:00 | Police and Firemen's Retirement System, c/o Cenlar FSB, Attn: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520601751 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 25 2026 21:35:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520601752 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 25 2026 21:35:00 | Police and Firemen's Retirement System Board, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452, Police and Firemen's Retirement System B, c/o LoanCare, LLC 23452-4262 |
| 520575015 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 21:45:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520587980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2026 21:35:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520499619 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2026 21:35:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520499621 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 25 2026 21:45:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520549650 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 25 2026 21:45:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520499606 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499607 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520499622 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520499617 | ##+ | Northfield Bank, 1731 Victory Blvd, Staten Island, NY 10314-3511 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Northfield Bank dfornal@maselliwarren.com |
| Lee Martin Perlman | on behalf of Joint Debtor Jill S. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Lee Martin Perlman | on behalf of Debtor Donald J. Everett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Maria Cozzini | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Melissa M. Nelson | on behalf of Creditor Columbia Bank as successor by merger to Northfield Bank mnelson@masellilaw.com |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o LoanCare LLC dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11