UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:
Donald J. Everett
Jill S. Everett

| | |
|---|---|
| Case No.: | 24-22784 EJO |
| Chapter: | 13 |
| Hearing Date: | 11/04/2026 |
| Judge: | O'Hagan |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by PNC Bank, National Association, creditor,
A hearing has been scheduled for November 4, 2026, at 9:00 AM.

[ ] Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for ____________________, at ______________.

[ ] Certification of Default filed by ________________________________________.
I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

[ ] Payments have been made in the amount of $____________, but have not been accounted for. Documentation in support is attached.

[ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

[X] Other (explain your answer): We would like to propose a 12 month cure to address the arrears.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/20/2026

/s/ Donald J. Everett
Debtor's Signature

Date: 10/20/2026

/s/ Jill S. Everett
Debtor's Signature